IN THE CIRCUIT COURT FOR THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

LYNE DRAINVILLE-WALSH,

    Plaintiff,

vs.

COSTCO WHOLESALE
CORPORATION, a foreign profit
corporation,

    Defendant.

Case No: 1:58 9/16/20
1216 BH

_____/

## SUMMONS

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of the State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Email Designation, Request to Produce and Interrogatories in the above-styled cause upon the Defendant:

**COSTCO WHOLESALE CORPORATION,**
a foreign profit corporation
By and through its registered agent:
**C T CORPORATION SYSTEM**
**1200 SOUTH PINE ISLAND ROAD**
**PLANTATION, FL 33324**

    The Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's attorney, to wit:

**Paul Shalhoub**

Whose Address is:

**Schwed, Adams, & McGinley, P.A.**
**7111 Fairway Drive, Suite 105**
**Palm Beach Gardens, Florida 33418**
**Telephone: (561) 694-6079**
**Primary Email address for the service of Pleadings ONLY:**
**eService@schwedlawfirm.com**

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to

## EXHIBIT 1

IN THE CIRCUIT COURT FOR THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

LYNE DRAINVILLE-WALSH,

Plaintiff,

vs.

COSTCO WHOLESALE CORPORATION, a foreign profit corporation,

Case No: CACE-20-015050 Div. 18

Defendant.

_____/

## COMPLAINT

Plaintiff, LYNE DRAINVILLE-WALSH, sues Defendant, COSTCO WHOLESALE CORPORATION, a foreign profit corporation (hereinafter "COSTCO"), and states the following:

1. This is a cause of action for damages in excess of $30,000.00.

2. All conditions precedent to filing this action have been complied with, expired, and/or waived.

3. The incident described herein occurred in Broward County, Florida.

4. On or about December 21, 2018, Defendant, COSTCO, was the owner and in possession of the premises at 1890 South University Drive in Davie, Broward County, Florida, which Defendant operates as a retail store.

5. At that time and place, Plaintiff, LYNE DRAINVILLE-WALSH, was an invitee lawfully on the premises described above.

6. At that time and place, Plaintiff, LYNE DRAINVILLE-WALSH, was injured when she slipped and fell on a grape on the store's floor.

7. Defendant, COSTCO, had a duty to maintain the premises in a reasonably safe condition, correct any dangerous condition of which it either knew or should have known by the use of reasonable care, and to warn of any dangerous conditions concerning which it had, or should have had, knowledge greater than that of its invitees. Defendant breached all of these duties.

8. Specifically, Defendant, COSTCO, negligently:

   a) Failed to inspect and maintain the store's floor in a safe condition;

   b) Allowed a grape to remain on the store's floor for an unreasonable length of time;

   c) Allowed a slip hazard and dangerous condition to remain on the premises for an unreasonable length of time; and

   d) Failed to warn the Plaintiff and similarly situated individuals of the dangerous condition.

9. Defendant, COSTCO, knew or, in the exercise of ordinary care, should have known the premises were not in a reasonably safe condition.

10. Defendant, COSTCO, had actual or constructive notice of the dangerous condition.

11. As the direct and proximate result of the negligence of Defendant, COSTCO, Plaintiff, LYNE DRAINVILLE-WALSH, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing

condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, LYNE DRAINVILLE-WALSH, demands judgment for damages against Defendant, COSTCO.

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted this 11TH day of September, 2020.

By: s/ Paul Shalhoub
**PAUL SHALHOUB, ESQUIRE**
Attorney Email: PShalhoub@schwedlawfirm.com
**Eservice Email: eservice@schwedlawfirm.com**
Bar Number: 88300
Attorneys for Plaintiff, LYNE DRAINVILLE-WALSH
Schwed, Adams & McGinley, P.A.
7111 Fairway Drive, Suite 105
Palm Beach Gardens, Florida 33418
Telephone: (561) 694-6079
Facsimile: (561) 694-6089